| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) ROSEN, GERALD E | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date 11/9/1989 ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address ROOM 802 Theodre Levin Cthse 231 W. LAFAYETTE DETROIT, MICHIGAN 48226-2799 | 8. On the basis of the information c▮▮▮▮this Report and any modifications pertaining ▮▮▮▮▮in compliance with applicable l▮▮ Reviewing Offi▮ _____ Date 10 May 04 | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Federal Judges Association, Washington, D.C. |
| 2. Board of Directors | Focus:HOPE, Detroit, Michigan |
| 3. Board of Advisors | George Washington University, Washington, D.C. |
| 4. Board Of Directors | Wayne County Mediation Tribunal, Detroit, Michigan |

# II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | The Rutter Group - Publication Agreement dated November 1995. Royalties to be shared by authors in an amount to be determined upon publication. |
| 2. | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |

RECEIVED MAY 17 12 09 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 01/03 | Adjunct Professor at Wayne State Law School | 4660.00 |
| 2. | 05/03 | (Compensation for teaching evidence class) | 0.00 |
| 3. | 05/16/03 | Rutter Group Seminar in Detroit, Michigan fee | 750.00 |
| 4. | 03/27/03 | Royalties from Federal Civil Trials and Evidence - West Group | 9,061.47 |
| 5. | 02/27/03 | Royalties from Michigan Practice Guide - West Group | 260.89 |
| 6. | 08/26/03 | Royalties from Michigan Practice Guide - West Group | 63.54 |
| 7. | 09/25/03 | Royalties from Federal Civil Trials & Evidence | 3,198.27 |
| 8. | | | |
| 9. | | | |
| 10. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSEN, GERALD E | 5/10/2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | 03/10/03 | Meeting in Los Angeles California for Author's of Federal Civil Trial book; airfare, meals and travel expenses - $436.02 |
| 2. | 05/03/03-05/05/03 | Travel to Washington D.C. to attend Board Meeting of Federal Judges Association; Reimbursement of airfare, meals and travel expenses $392.85 |
| 3. | 09/09/03—09/12/03 | Attendance at FREE Seminar at Elkhorn Ranch, Big Sky, Montana - Reimbursement of Travel expenses - $450.19 |
| 4. | 01/18/03-01/24/-03 | Speaker at IPR Judicial Training Conference in Cairo, Egypt; reimbursement of expenses $242.95 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Staff Members | General Birthday and Holiday | $0 |
| 2. | | gifts - value unknown | $0 |
| 3. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. UBSPW Ret Money Fund | A | Dividend | K | T | | | | | |
| 20. Bear Stearns S&P | | None | J | T | | | | | |
| 21. RS Emerging Growth | | None | J | T | | | | | |
| 22. State Street LG Cap | | None | J | T | | | | | |
| 23. Fetchomatic Global | | None | J | T | | | | | |
| 24. UBSPW Ret Money FD | A | Dividend | K | T | | | | | |
| 25. Robert W. Baird & Co. Inc. JDR | | | | | | | | | |
| 26. Cisco Systems, Inc. | A | None | J | T | | | | | |
| 27. Intel Corp. | A | None | J | T | | | | | |
| 28. JR 529 Plan | | | - | | | | | | |
| 29. Putnam 529 College Fd | | None | K | T | | | | | |
| 30. Trust No. 1 | | | | | | | | | |
| 31. Haslett Mi Pub Schools | B | Dividend | K | T | | | | | |
| 32. Genessee Cty Mi Bldg. | B | Dividend | K | T | | | | | |
| 33. RMA Money Fund | A | Dividend | K | T | | | | | |
| 34. Renal Care Group Inc. | | None | J | T | | | | | |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

RECEIVED
2004 JUN -3 P 12: 03
FINANCIAL
DISCLOSURE OFFICE

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date ___June 1, 2004___

NOTE: ANY [██████] WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

RECEIVED
2004 JUN -3 P 12: 03
FINANCIAL DISCLOSURE OFFICE

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544